# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-73-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| LANCE X. RATCLIFF, | |
| Defendant. | |

Upon the Defendant's Unopposed Motion to Extend Self Surrender Date (Doc. 36), and for good cause being shown,

**IT IS HEREBY ORDERED** that Defendant's Motion to Extend Self Surrender Date is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant, Lance X. Ratcliff shall self-surrender to FPC Yankton, South Dakota by **Wednesday, January 2, 2019 at 2:00 p.m.**

1

**IT IS FURTHER ORDERED** that counsel for Defendant shall immediately contact FPC Yankton, South Dakota regarding the making of this Order.

DATED this 26th day of December, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge