IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LANCE X. RATCLIFF,<br><br>Defendant. | CR 18-73-BLG-SPW<br><br>ORDER |

For the reasons stated by the Court on the record,

IT IS HEREBY ORDERED that Defendant is released from supervision effective immediately.

DATED this 6th day of May, 2021.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1